| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>REBECCA J. WINTHROP (CA BAR NO. 116386)<br>ROBIN BALL (CA BAR NO. 15698)<br>ANDREW ROSENBLATT (*pro hac vice pending*)<br>FRANCISCO VAZQUEZ (*pro hac vice pending*)<br>NORTON ROSE FULBRIGHT US LLP<br>555 South Flower Street<br>Forty-First Floor<br>Los Angeles, California  90071<br>Telephone:    (213) 892-9200<br>Facsimile:     (213) 892-9494<br><br>rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>francisco.vazquez@nortonrosefulbright.com<br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:*  Petitioners<br>OSMAN MOHAMMED ARAB and WONG KWOK KEUNG, in their capacity as the Joint and Several Trustees of the property of Cheng Wai Hung and Cheng Wai Tak Terence | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>RIVERSIDE</u> DIVISION**

| | |
|---|---|
| In re:<br><br>Cheng Wai Hung,<br><br><br><br><br>                                            Debtor in a Foreign Proceeding. | Lead Case No.: 6:17-bk-19494-SC<br><br>Jointly Administered with:<br><br>Case No. 6:17-bk-19495-SC (Cheng Wai Tak Terence)<br><br>Chapter 15 Cases |
| In re:<br><br>Cheng Wai Tak Terence,<br><br><br><br><br>                                            Debtor in a Foreign Proceeding. | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]** |
| ☒ Affects All Debtors<br><br>☐ Affects Cheng Wai Hung,  Debtor in a Foreign Proceeding<br><br>☐ Affects Cheng Wai Tak Terence, Debtor in a Foreign Proceeding | [No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on 11/17/2017 granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                              Page 1                           **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

| | |
|---|---|
| 11/20/2017 | By: */s/ Rebecca J. Winthrop* |
| Date | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*     Page 2     **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

c/o NORTON ROSE FULBRIGHT US LLP, 1301 Avenue of the Americas, New York, NY 10019-6022

A true and correct copy of the foregoing document entitled: **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS [LBR 1015-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/20/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Everett L. Green** Office of the US Trustee everett.l.green@usdoj.gov

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:  On 11/17/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/16/2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2017 | David M. Bava | /s/ David M. Bava |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                       Page 3                              F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

| **SERVICE LIST** ||
|---|---|
| *By (i) Federal Express and (ii) First Class Mail of the United States Post Office* ||
| Cheng Wai Tak Terence *(Debtor)*<br>2 Lung Pak Street, World-wide Gardens<br>Apt. B, 12/F Block 2 (Cypress Court)<br>Shatin New Territories  999077<br>Hong Kong | Cheng Wai Hung *(Debtor)*<br>2 Lung Pak Street, World-wide Gardens<br>Apt. B, 20/F Block 2 (Cypress Court)<br>Shatin New Territories  999077<br>Hong Kong |
| Jing Chen *(Interested Party)*<br>Coldwell Banker<br>660 W. Huntington Drive<br>Arcadia, CA  91007 | Chan So Ling (aka Cheng So Ling) *(Interested Party)*<br>44765 Via Pino<br>Temecula, CA  92590 |
| Chan So Ling *(Interested Party)*<br>32827 Temecula Parkway<br>Temecula, CA  92592 | Chan So Ling *(Interested Party)*<br>33311 Windtree Avenue<br>Wildomar, CA  92595 |
| Chan So Ling *(Interested Party)*<br>44765 Via Pino<br>Temecula, CA  92590 | Eva Chang *(Interested Party)*<br>Century Garden Realty<br>21808 Sataquin Drive<br>Diamond Bar, CA  91765 |
| Chan So Ling *(Interested Party)*<br>P.O. Box 1418<br>Temecula, CA  92593 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014* — Page 4 — **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**